**No. 09-8327. Paul Runge, Petitioner v. Illinois.**

559 U.S. 1108, 130 S. Ct. 2402, 176 L. Ed. 2d 925, 2010 U.S. LEXIS 3748.

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

925

Same case below, 234 Ill. 2d 68, 334 Ill. Dec. 865, 917 N.E.2d 940.